# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1820

_____

| | |
|---|---|
| Cleveland Parker, Jr. | * |
| | * |
| Appellant, | * |
| | * |
| v. | * |
| | * |
| G. Tillar, Sgt., Cummins Unit, | * |
| Arkansas Department of Correction; | * |
| J. Moore, Cummins Unit, Arkansas | * |
| Department of Correction; A. J. Hall, | * |
| Cummins Unit, Arkansas Department | * |
| of Correction; Parker, Lt., Cummins | * |
| Unit, Arkansas Department of | * |
| Correction; D. W. Tate, Captain, | * Appeal from the United States |
| Cummins Unit, Arkansas Department | * District Court for the |
| of Correction; C. Witherspoon, Sgt., | * Eastern District of Arkansas. |
| Cummins Unit, Arkansas Department | * |
| of Correction, | * [UNPUBLISHED] |
| | * |
| Appellees, | * |
| | * |

---------------

| | |
|---|---|
| | * |
| Cleveland Parker, Jr., | * |
| | * |
| Appellant, | * |
| | * |
| v. | * |
| | * |
| Elvis Brown, Sgt., Cummins Unit, | * |
| Arkansas Department of Correction, | * |

Originally sued as: Ed Brown; Talbot    *
Falls, Lt., Cummins Unit, Arkansas    *
Department of Correction, originally    *
sued as T Falls; Percy Sargent, Sgt.,    *
Cummins Unit, Arkansas Department    *
of Correction, originally sued as P    *
Sargent; Glen Harden, CO-1, Cummins    *
Unit, Arkansas Department of    *
Correction, originally sued as C    *
Harden; D. W. Tate, Supervisor of 14,    *
16 and East Building of Cummins    *
Unit, Arkansas Department of    *
Correction; A. J. Hall, Chief of    *
Security, Cummins Unit, Arkansas    *
Department of Correction; Tillar, Sgt.,    *
Cummins Unit, Arkansas Department    *
of Correction; C. Witherspoon, Sgt.,    *
Cummins Unit, Arkansas Department    *
of Correction; Parker, Lt., Cummins    *
Unit, Arkansas Department of    *
Correction; J. Moore, Cummins Unit,    *
Arkansas Department of Correction,    *
   *
      Appellees.    *

_____

Submitted: February 19, 1999
Filed: February 23, 1999

_____

Before BOWMAN, Chief Judge, WOLLMAN, and MORRIS SHEPPARD
    ARNOLD, Circuit Judges.

_____

PER CURIAM.

Cleveland Parker appeals from the District Court's[1] order dismissing with prejudice his civil rights action following an evidentiary hearing. After carefully reviewing the record and the parties' briefs, we conclude that the District Court did not err in dismissing Parker's complaint. Accordingly, we affirm the judgment of the District Court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

-----

[1]The Honorable Elsiejane Trimble Roy, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas.